AKERMAN SENTERFITT LLP
MICHAEL S. SIMON (State Bar No. 144038)
michael.simon@akerman.com
JULIE M. McGOLDRICK (State Bar No. 234741)
julie.mcgoldrick@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Plaintiff
ICEE OF AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ICEE OF AMERICA, INC., | Case No. 08-CV-01456-LJO-SMS |
| --- | --- |
| Plaintiffs, | The Honorable Lawrence J. O'Neill |
| v. | **STIPULATION FOR DISMISSAL; ORDER** |
| GERGORY H. BEBERIAN an individual, d.b.a. IMS, INC.; DOES 1 - 2, | |
| Defendants. | |

{LA033018;1}LA031515;1}

Under Federal Rule of Civil Procedure 41, Plaintiff Icee of America, Inc. and Defendant Gregory H. Beberian stipulate to the dismissal of this action with prejudice. The parties have agreed to settle this dispute according to the terms detailed in the signed Settlement Agreement and Release that is attached as Exhibit A.

It is so stipulated.

DATED:  November 20, 2008         AKERMAN SENTERFITT LLP


                                  By:  /s/ Julie M. Goldrick
                                       ABOUTAFINETY EMPLOYEENAME
                                       EMPLOYEENAME JULIE M. MCGOLDRICK
                                  Attorneys for Plaintiff
                                  ICEE OF AMERICA, INC.

DATED:  November 14, 2008


                                  ____/s/ Gergory H. Beberian_____
                                       ABOUTAFINETY EMPLOYEENAME
                                       EMPLOYEENAME GREGORY H. BEBERIAN
                                  Defendant


## ORDER

After considering the parties' Stipulation for Dismissal and the signed Settlement Agreement and Release, this case is ordered dismissed with prejudice.

IT IS SO ORDERED.

Date:      **11/24/2008**            By: /s/  LAWRENCE J. O'NEILL
                                     The Honorable Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

{LA033018;1}                          1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28